JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCTOR'S BEST INC. | Case No. SACV 23-0766-KK-KESx |
| Plaintiff, | |
| v. | JUDGMENT |
| NATURE'S WAY PRODUCTS, LLC., | |
| Defendant. | |

Pursuant to the Order Granting Plaintiff's Motion for Summary Judgment, IT IS HEREBY ADJUDGED that Judgment is entered in favor of plaintiff Doctor's Best ("Plaintiff") against defendant Nature's Way Products, LLC ("Defendant") as to Defendant's Causes of Action for:

(1) Trademark Infringement in violation of 15 U.S.C. § 1114(1);

(2) False Designation and Unfair Competition in violation of 15 U.S.C. § 1125(a);

(3) Trademark Dilution in violation of 15 U.S.C. § 1125(c);

(4) Unfair Business Practices in violation of Section 17200 of the California Business and Professions Code; and

(5) Trademark Infringement and Unfair Competition in violation of California Common Law.

Dkt. 28.

1    Judgement is also entered in favor of Plaintiff and against Defendant as to Plaintiff's Causes of Action for:

    (1) Declaratory Judgment of Non-Infringement under 15 U.S.C. § 1114;

    (2) Declaratory Judgment of Non-Infringement under 15 U.S.C. § 1125(a);

    (3) Declaratory Judgment of Non-Infringement under 15 U.S.C. § 1125(c)

    (4) Declaratory Judgment of Non-Infringement and No Unfair Business Practices under Section 17200 of the California Business and Professions Code; and

    (5) Declaratory Judgment of Non-Infringement and No Unfair Competition under California Common Law.

Dkt. 30.

Plaintiffs shall recover its taxable costs of suit from Defendant pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920, Federal Rule of Civil Procedure 54, and Local Rule 54.  (JS-6)

Dated:  March 29, 2024

_____
HONORABLE KENLY KIYA KATO
United States District Judge